IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00945-PAB-BNB

WILLIAM GIVENS,

Plaintiff,

v.

JAMES LANDER,
JACKIE JONES, and
GARY TORREZ,

Defendants.

_____

**ORDER**
_____

The defendants submitted an exhibit--Exhibit A-13--for *in camera* review in connection with their motion for summary judgment. Exhibit A-13 is composed of black and white photocopies of examples of the contents of "Curves" and "Smooth Girl." A copy of the exhibit was not served on the plaintiff.

I have not considered Exhibit A-13 in connection with my Recommendation that the defendants be granted summary judgment.

IT IS ORDERED that the Clerk of the Court shall cause Exhibit A-13 to be returned to defense counsel.

Dated August 4, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge